EDWARD A. MINAZZOLI, Respondent, v. MARY BARNWELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

JOSEPH POPKIN, Appellant, v. D. GINSBERG & SONS, INC., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

LAWRENCE E. SCHLECHTER, Respondent, v. STUART E. GIBBONEY and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

ANNA COLT, Appellant, v. JACK COLT, Respondent.*— Orders entered on the 18th day of October, 1934, and the 8th day of November, 1934, respectively, reversed, with twenty dollars costs and disbursements to the appellant, and the order of commitment reinstated. No opinion. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of ARTHUR ENNIS and Another, Appellants, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. All concur. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; Untermyer, J., concurs upon the authority of *Matter of Black* v. *O'Brien* (264 N. Y. 272).

MARTHA L. DANIELS, Appellant, v. MADGE D. MILLER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

MARY J. GOGGINS, as Administratrix, etc., of PATRICK GOGGINS, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Townley, JJ.

THE SALVATION ARMY, Respondent, v. CHARLES S. SIMPSON, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

WILLIAM STREET-EXCHANGE PLACE CORPORATION, Respondent, v. OGDEN H. FREEMAN and Others, Defendants, Impleaded with CLARENCE R. LEACH, Individually, Appellant.— Order modified so as to show that the judgment shall provide that the recovery by plaintiff be of Ogden H. Freeman, Howard J. Hildt, Roy G. Stevens, Benjamin F. Chamberlain and Clarence R. Leach (not summoned), copartners doing business under the firm name and style of Plympton, Gardiner & Company, and Ogden H. Freeman, Howard J. Hildt, Roy G. Stevens and Benjamin F. Chamberlin, individually, and as so modified affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley and Townley, JJ.

* Leave to appeal denied, 266 N. Y. 610.